STATE OF NEW JERSEY v. LAURA WINTER.

July 10, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. SANDRA A. BURGOS.

July 10, 1985.

Petition for certification denied.   (See 200 *N.J.Super.* 6)

STATE OF NEW JERSEY v. CHERYL PIPKIN.

July 10, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. PRESTON LOVE.

July 10, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JEFFREY COLLINS.

July 10, 1985.

Petition for certification denied.